IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RONNIE MAXWELL<br>on behalf of himself and all others<br>similarly situated,<br><br>     PLAINTIFF<br><br>VS.<br><br>REMINGTON ARMS COMPANY, INC.<br><br><br>     DEFENDANT | § § § § § § § § § § § § § § § § | <br><br><br><br><br>CIVIL ACTION NO.<br><br>5:10-CV-00270-XR<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

Plaintiff Ronnie Maxwell hereby gives notice of dismissal of the above captioned case. The Defendant has not filed an answer or a motion for summary judgment, and no class was certified. Therefore Plaintiff is entitled to dismiss this action without a court order. Fed.R.Civ.P. 41(a)(1)(A).

                                                Respectfully submitted,


                                                ____S/Benjamin R. Bingham____
                                                Benjamin R. Bingham & Lea
                                                Texas State Bar No. 02322350
                                                Bingham & Lea, P.C.
                                                319 Maverick Street
                                                San Antonio, Texas 78212
                                                210-224-2885 (Telephone)
                                                210-224-0141 (fax)
                                                ben@binghamandlea.com

Jeffrey James Tom
Texas State Bar No. 24056443
Martin & Cukjati, L.L.P.
1802 Blanco Road
San Antonio, Texas 78212
(210) 223-2627 (Telephone)
210-223-5052 (fax)
*jeff@mcfirm.com*